STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:         Angela_chuang@fd.org

Counsel for Defendant ERAZO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSUE ERAZO,<br><br>Defendant. | **Case No.:** CR 19–430 RS<br><br>**STIPULATION AND ORDER TO REFER DEFENDANT TO PROBATION FOR CRIMINAL HISTORY ONLY PSR** |

    The above titled matter was recently scheduled via clerk's notice for change of plea and sentencing on December 2, 2020. The parties agree that the Court should immediately refer Mr. Erazo to Probation for the preparation of a Criminal History Only Presentence Report.

    The parties further stipulate that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from November 10, 2020, through December 2, 2020, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

[PROPOSED] STIPULATED ORDER
*ERAZO*, CR 19–430 RS

IT IS SO STIPULATED.

| | |
|---|---|
| October 22, 2020<br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California |
| | /S/<br>ANKUR SHINGAL<br>Assistant United States Attorney |
| October 22, 2020<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S/<br>ANGELA CHUANG<br>Assistant Federal Public Defender |

**ORDER**

For the reasons stated above, the Court ORDERS that Mr. Erazo is referred to Probation for the preparation of Criminal History Only Presentence Report. The Court also finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from November 10, 2020, through December 2, 2020, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED:   October 22, 2020

HONORABLE RICHARD SEEBORG
United States District Judge